NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHAWN PATRICK ARMSTRONG,  )
                          )
        Appellant,        )
                          )
v.                        )          Case No. 2D18-2702
                          )
STATE OF FLORIDA,         )
                          )
        Appellee.         )
_____)

Opinion filed October 18, 2019.

Appeal from the Circuit Court for
Charlotte County; Donald H. Mason,
Judge.

Brandon F. Dark of Law Office
of Brandon F. Dark, P.A., Orlando,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Chelsea N. Simms,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

        Affirmed.

BLACK, LaROSE, and ATKINSON, JJ., Concur.